≡AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MADISON FLOWERS, JR. | ) | Case No: 4:03cr00176-02 JMM |
|  | ) | USM No: 23024-009 |
| Date of Previous Judgment: 11/9/2004 | ) | Leslie Roger Ablondi |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  __96 months__ months **is reduced to** __80 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:      23           Amended Offense Level:       21
Criminal History Category:   VI           Criminal History Category:   VI
Previous Guideline Range:  92 to 115 months    Amended Guideline Range:  77 to 96 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated  11/9/2004  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  August 11, 2008                           /s/ James M. Moody
                                                  Judge's signature

Effective Date: _____           James M. Moody, United States District Judge
     (if different from order date)                 Printed name and title